1  JEFFREY G. GRANILLO (BAR NO. 256029)
   WILLIAM R. DEARING (*PRO HAC VICE*)
2  CHAMBLISS, BAHNER & STOPHEL, P.C.
   1000 Tallan Building
3  Two Union Square
   Chattanooga, Tennessee 37402
4  Telephone:    (423) 756-3000
   Facsimile:    (423) 508-1218
5
   JEFFREY D. LEWIN (BAR NO. 68202)
6  SULLIVAN, HILL, LEWIN, REZ & ENGEL
   A Professional Law Corporation
7  550 West "C" Street, Suite 1500
   San Diego, California 92101
8  Telephone: (619) 233-4100
   Fax Number: (619) 231-4372
9
   *Attorneys for Defendant, Astec, Inc.*
10

11                  UNITED STATES DISTRICT COURT
12                SOUTHERN DISTRICT OF CALIFORNIA

13  PAUL LIDDY; WENDY LIDDY,              Case No. 11cv1249 AJB(RBB)

14            Plaintiffs,

15  v.                                    **JOINT STIPULATION OF VOLUNTARY
                                          DISMISSAL WITH PREJUDICE**
16  ATS SPECIALIZED, INC.; ASTEC,
    INC.; PASTA TERMINAL; ROAD ONE        Date: June 8, 2012
17  TOWING; DOES 1-10, inclusive,         Time: 1:30 p.m.
                                          Dept: Courtroom 12
18            Defendants.                 Judge: Hon. Anthony J. Battaglia
                                          Case Filed: June 6, 2011
19  _____       Trial Date: not set

20  ATS SPECIALIZED, INC.,

21            Cross-Claimant,

22  v.

23  ROES 1-25, inclusive,

24            Cross-Defendant.
    _____
25

26       Plaintiffs Paul Liddy and Wendy Liddy ("Plaintiffs") and Defendants Astec, Inc. and Road

27  One Towing (collectively "Defendants"), by and through their undersigned counsel and pursuant to

28  Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby give notice and advise the Court that the issues and disputes

CHAMBLISS, BAHNER &
STOPHEL, P.C., 1000
TALLAN BUILDING, TWO
UNION SQUARE,
CHATTANOOGA,
TENNESSEE 37402-2500

**JOINT STIPULATION OF VOLUNTARY
DISMISSAL WITH PREJUDICE**                     Case No. 11CV1249 AJB RBB
                                               14801_00/1101/JGG-1369086_1

1  involved herein have been resolved and that the parties agree and stipulate that all claims of

2  Plaintiffs which were asserted or which could have been asserted herein are to be **dismissed with**

3  **prejudice** with both Plaintiffs and Defendants to bear their own attorneys' fees and costs.  Plaintiffs

4  and Defendants jointly move the Court for an entry of an Agreed Order of Dismissal *with Prejudice*

5  in the form submitted herewith.

6          DATED:  June 22, 2012

7

8  /s/  Donald D. Hiney_____         /s/ Jeffrey G. Granillo_____
   DONALD D. HINEY                      JEFFREY G. GRANILLO
9  California Bar No. 17494             California Bar No. 256029
   ddh@donhineylaw.com                  jgranillo@cbslawfirm.com
10 DOUGLAS H. SWOPE                     CHAMBLISS, BAHNER & STOPHEL, P.C.
   California Bar No. 101764            1000 Tallan Building, Two Union Square
11 dhswope@yahoo.com                    Chattanooga, TN 37402
   LAW OFFICES OF DONALD D. HINEY AND   Telephone:  423.756.3000
12 DOUGLAS H SWOPE                      Facsimile:  423.508.1264
13 110 West C Street, Suite 2000        *Counsel for Defendant Astec, Inc.*
   San Diego, CA  92101
14 Telephone: 619.231.8575
15 Facsimile: 619.231.6825
   *Counsel for Plaintiffs Paul Liddy & Wendy*
16 *Liddy*

17                                      /s/ Marco B. Mercaldo_____
                                        MARCO B. MERCALDO
18                                      California Bar No. 197902
                                        mmercaldo@rmwfirm.com
19                                      RYAN, MERCALDO & WORTHINGTON
20                                          LLP
                                        3636 Nobel Drive, Suite 200
21                                      San Diego, CA  92122
                                        Telephone: 858.455.8700
22                                      Facsimile:  858.455.8701
                                        *Counsel for Defendant Road One West, Inc.*
23

24

25

26

27

28                                         2

**JOINT STIPULATION OF VOLUNTARY**
**DISMISSAL WITH PREJUDICE**                    **Case No. 11CV1249 AJB RBB**
                                                14801_00/1101/JGG-1369086_1

1

## CERTIFICATE OF SERVICE

2       I hereby certify that on June 22, 2012, I presented the foregoing to the Clerk of the Court for

3   filing and uploading to the CM/ECF system, and that the following parties have been served via the
    ECF system:

4
                                    Douglas H. Swope
5                                   Law Office of Douglas H. Swope, APC
                                    110 West "C" Street, Suite 2000
6                                   San Diego, CA  92101

7                                   Donald D. Hiney
                                    Law Offices of Donald D. Hiney, APC
8                                   110 West C Street, Suite 2000
                                    San Diego, CA  92101

9
                                    Marco B. Mercaldo
10                                  Giles S.T. Townsend
                                    RYAN, MERCALDO & WORTHINGTON LLP
11                                  3636 Nobel Drive, Suite 200
                                    San Diego, CA  92122
12

13
                            By:     s/Jeffrey G. Granillo
14                                  Jeffrey G. Granillo

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3