UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL LIDDY; WENDY LIDDY,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>ATS SPECIALIZED, INC.; ASTEC INDUSTRIES, INC., et al.,<br><br>　　　　　　　Defendants. | Case No.: 11cv1249 AJB (RBB)<br><br>ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE<br><br>(Doc. No. 94) |

　　　THIS CAUSE came before the Court on Plaintiffs Paul Liddy's and Wendy Liddy's and Defendants Astec, Inc.'s and Road One Towing's Joint Motion of Voluntary Dismissal with Prejudice [Doc. No. 94]. The Court has reviewed the file and the parties' Joint Motion and is otherwise fully advised in the premises.

　　　Accordingly, it is ORDERED and ADJUDGED as follows:

1. This action and all claims which were asserted or could be asserted by Plaintiffs herein are dismissed with prejudice.

2. Each party shall bear his or its own attorneys' fees and costs.

3. The Clerk is directed to close the case.

IT IS SO ORDERED.

DATED: June 25, 2012

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Hon. Anthony J. Battaglia
　　　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge